IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RHONDA KUHNLE, | No. C24-5770-SKV |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, Dkt. 19, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Appeals Council will direct the administrative law judge (ALJ) to:

- Evaluate, consider, and exhibit the additional evidence received by the Appeals Council, including but not limited to the records from Sound Retina dated March 16, 2023, through September 25, 2023;

- Evaluate the severity of bilateral diabetic retinopathy and nuclear sclerosis of the right eye and any corresponding limitations;

- Reevaluate the opinion of Richard Hernegan, M.D., and the alleged symptoms and limitations;
- Reassess the residual functional capacity finding;
- Continue the sequential evaluation, including obtaining vocational expert testimony, as necessary; and
- Offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision the issue of disability prior to the date last insured.

After judgment, Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 19th day of March, 2025.

                                            S. KATE VAUGHAN
                                            United States Magistrate Judge

Presented by:

s/ Ryan Lu
Ryan Lu
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Email: Ryan.Lu@ssa.gov